Bonnist & Cutro, LLP
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAWN AMICO,

            Plaintiff,

    -against-

BALDOR SPECIALTY FOODS, INC.,

           Defendant.
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No.: 07CV2909

Alicia M. Leonard, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in the County of Orange, New York.

On April 16, 2007, I served a true copy of an Summons, Complaint, Civil Cover Sheet, Judges Individual Rules, Instructions for filing an Electronic Case or Appeal, Procedures for Electronic Case Filing *and* Guidelines for Electronic Case Filing :

Baldor Specialty Foods, Inc.
511 Barry Street
Bronx, New York 10474-6601
Bronx County

by depositing a true copy thereof enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of United Postal Service within New York State.

                                              Alicia M. Leonard

Sworn to before me this 16th
day April of 2007.

_____
Notary Public

CRAIG M. BONNIST
Notary Public, State of New York
No. 02BO4996694
Qualified in Westchester County
Commission Expires May 18, 2010