UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAWN AMICO,

        Plaintiff(s),                      Case No. 07 CV 2909

    -against-                     AFFIDAVIT OF SERVICE

BALDOR SPECIALTY FOODS, INC.,

        Defendant(s).
----------------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.
COUNTY OF ROCKLAND   )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen

years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 16th day of April, 2007, at approximately the time of 3:55 PM, deponent

served a true copy of the SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE

STEPHEN C. ROBINSON, INDIVIDUAL PRACTICES OF JUDGE LISA MARGARET SMITH AND

CIVIL COVER SHEET upon BALDOR SPECIALTY FOODS, INC. at 511 Barry Street, Bronx, New

York, by personally delivering and leaving the same with MICHAEL MUZYK, who informed deponent

that he is an president authorized by BALDOR SPECIALTY FOODS, INC. to receive service at that

address.

        MICHAEL MUZYK is a white male, approximately 45 years of age, stands approximately

5 feet 10 inches tall, weighs approximately 210 pounds with black hair and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
16th day of April, 2007

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__