CLIFTON BUDD & DeMARIA, LLP
Attorneys for Defendant
Baldor Specialty Foods, Inc.,
420 Lexington Avenue, Suite 420
New York, New York 10170-0089
(212) 687-7410
    Daniel W. Morris (DM-5934)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN AMICO,

           Plaintiff,

    v.                         Docket No. 07 CV 2909(SCR)

BALDOR SPECIALTY FOODS, INC.,     **RULE 7.1 STATEMENT**

           Defendant.

---

        Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrates of this Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the above-named Defendant Baldor Specialty Foods, Inc., certifies that it has no parent companies and that no publicly held corporation owns more than ten percent of Baldor Specialty Foods, Inc., stock.

Dated: May 3, 2007
      New York, New York

                                     CLIFTON BUDD & DeMARIA, LLP

                                     By: _____
                                          Daniel W. Morris (DM-5934)
                                          Attorneys for Defendant
                                          420 Lexington Avenue, Suite 420
                                          New York, New York 10170-0089
                                          (212) 687-7410