BONNIST & CUTRO, LLP
Craig M. Bonnist (CB-3245)
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWN AMICO,

          Plaintiff,

-against-

BALDOR SPECIALTY FOODS, INC.,

          Defendant.

DOCKET NO.: 07 CV 2909 (SHS)

STIPULATION OF DISCONTINUANCE

---

Pursuant to Fed R. Civ. P. 41(a)(1)(ii) it is hereby stipulated, consented and agreed, by and between the attorneys for the Plaintiff Dawn Amico and the attorneys for the Defendant Baldor Specialty Food, Inc., that the above-captioned action is hereby discontinued with prejudice.

BONNIST & CUTRO, LLP
Attorneys for Plaintiff

By: _____
Craig M. Bonnist (CB-3245)
31 Purchase Street, Suite 3-1
Rye, New York 10580
(914) 921-4820

Dated: 7/17/07

CLIFTON BUDD & DEMARIA, LLP
Attorneys for Defendant

By: _____
Daniel W. Morris (DM-5934)
420 Lexington Avenue
New York, New York 10170
(212) 687-7410

Dated: 7/18/07

_____
SIDNEY H. STEIN
U.S.D.J.